UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO,<br><br>Petitioner,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>Respondent. | No. 21-70282<br><br>EPA No.<br>Environmental Protection Agency<br><br>**ORDER** |

The amicus brief submitted on September 22, 2023 by The Oregon Association of Clean Water Agencies (ACWA), Springfield Sewer and Water Commission, California Association of Sanitation Agencies, National Association of Clean Water Agencies, Citizens Energy Group, Buffalo Sewer Authority, City of Tacoma, Northeast Ohio Regional Sewer District, Metro Water Recovery, City of New York and Louisville/Jefferson County Metropolitan Sewer District is filed. No paper copies are required.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT