# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 7, 2025

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

> **Re:  San Francisco, CA**
> **v. EPA**
> **No. 23-753 (Your docket No. 21-70282)**

Dear Clerk:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

Sincerely,

SCOTT S. HARRIS, Clerk

By

M. Altner
Assistant Clerk – Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 7, 2025

Ms. Tara Michelle Steeley, Esq.
Office of the City Attorney
City Hall, Room 234
  1 Dr. Carlton B. Goodlett
San Francisco, CA 94102

Mrs. Sarah M. Harris, Esq.
Acting Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

> **Re:  San Francisco, CA**
> **v. EPA**
> **No. 23-753**

Dear Counsel:

Attached please find a certified copy of the judgment of this Court in the above-entitled case.

The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Clerk's costs:** | **$300.00** |
| **Printing of joint appendix:** | **$7,854.00** |
| **Total** | **$8,154.00** |

This amount may be recovered from the respondent.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*

M. Altner
Assistant Clerk – Judgments

cc:  Clerk, 10th Cir.
         (Your docket No. 21-70282)

# Supreme Court of the United States

### No. 23–753

### CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA,

Petitioner

### v.

### ENVIRONMENTAL PROTECTION AGENCY

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioner, City and County of San Francisco, California, recover from Environmental Protection Agency, Eight Thousand One Hundred Fifty-four Dollars ($8,154.00) for costs herein expended.

March 4, 2025

| | |
|---|---|
| **Clerk's costs:** | **$300.00** |
| **Printing of joint appendix:** | **$7,854.00** |
| **Total** | **$8,154.00** |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States